COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                        NO.
2-06-236-CV

 

 

ELISABETH WILSON AND                                                   APPELLANTS

JOSEPH MCCARTHY                                                                            

 

                                                   V.

 

JORDAN JEFFCOAT                                                                APPELLEE

 

                                              ------------

 

            FROM
THE 393RD DISTRICT COURT OF DENTON COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Appellants Elisabeth Wilson
and Joseph McCarthy attempt to appeal from the trial court=s orders granting Appellee Jordan Jeffcoat=s motion for new trial and amended motion for new trial
respectively.  On July 7, 2006, we sent
Appellants a letter stating our concern that we may have no jurisdiction over
this appeal because an order granting a new trial is generally not appealable.[2]  We indicated that this court could dismiss
this appeal if we did not receive a response from Appellants or any party
showing grounds for continuing the appeal by July 17, 2006.  We have received no response.  Accordingly, we dismiss this appeal for want
of jurisdiction.[3]

 

PER CURIAM

PANEL D:   DAUPHINOT, HOLMAN, and
GARDNER, JJ.

DELIVERED: 
August 17, 2006











[1]See Tex. R.
App. P. 47.4.





[2]See Wilkins v. Methodist Health
Care Sys., 160
S.W.3d 559, 563 (Tex. 2005).





[3]See Tex.
R. App. P. 42.3(a), 43.2(f).